## BIRMINGHAM RAILWAY, LIGHT & POWER COMPANY V. KINSOLVING.

(Decided April 16, 1912.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

TILLMAN, BRADLEY & MORROW, for appellant. GIBSON & DAVIS, for appellee.

Per curiam. Appeal dismissed by agreement.

---

## FORT V. FORT.

(Decided November 23, 1911.)

APPEAL from Macon Chancery Court.

Heard before Hon. L. D. GARDNER.

No counsel marked for appellant. O. S. LEWIS, for appellee.

Per curiam. Dismissed for want of prosecution.

---

## FROST V. FROST.

(Decided April 18, 1912.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## EX PARTE McGUIRE.

(Decided April 22, 1912.)

Original petition in Supreme Court.

RIDDLE, ELLIS, RIDDLE & PRUET, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Certiorari to review judgment of Court of Appeals in the case of *Ernest McGuire v. State,* 3 Ala. App. 40; 58 South. 60. Petition denied.